FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2021

No. 04-21-00285-CV

Alma Maldonado **GONZALEZ**,
Appellant

v.

**VANTAGE BANK TEXAS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23070
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Shortly after the trial court signed its summary judgment, Appellant Alma Maldonado Gonzalez passed away. *See* TEX. R. APP. P. 7.1 (death of a party). On September 29, 2021, Appellee Vantage Bank Texas filed a motion to show authority. *See* TEX. R. CIV. P. 12. The next day, Appellant filed a response.

Having reviewed the motion and response, we conclude Appellant's response shows counsel's authority to represent Alma Maldonado Gonzalez in this appeal. *See* TEX. R. APP. P. 7.1 (allowing, under certain conditions, an appeal to proceed in the decedent's name); *Murphy v. Murphy*, 21 S.W.3d 797, 798 (Tex. App.—Houston [1st Dist.] 2000, order), *supplemented*, No. 01-99-00694-CV, 2000 WL 1125703 (Tex. App.—Houston [1st Dist.] Aug. 10, 2000, no pet.); *Durham v. Durham*, No. 07-14-00346-CV, 2015 WL 4930981, at *1 (Tex. App.—Amarillo Aug. 14, 2015, order).

Appellee's motion for this court to order Appellant to show authority is DENIED AS MOOT. Appellee's other requested relief is also DENIED.

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2021.

MICHAEL A. CRUZ, Clerk of Court